Delia Maritza PEREZ–FAJARDO,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 11–70487.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2013.*

Feb. 14, 2013.

Delia Maritza Perez–Fajardo, Sun Valley, CA, pro se.

OIL, Jem C. Sponzo, Esquire, U.S. Department of Justice, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM **

Delia Maritza Perez–Fajardo, a native and citizen of Guatemala, petitions pro se for review of the Board of Immigration Appeals ("BIA") order denying her motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

denial of a motion to reopen, *Najmabadi v. Holder,* 597 F.3d 983, 986 (9th Cir.2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying Perez–Fajardo's motion to reopen as untimely because Perez–Fajardo failed to present material evidence of changed circumstances in Guatemala to qualify for the regulatory exception to the time limit for filing a motion to reopen. *See* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi,* 597 F.3d at 990 (previously unavailable evidence must be material to the petitioner's claim).

**PETITION FOR REVIEW DENIED.**